

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| V. | § | CASE NO. 9:05-CR-3 |
| | § | |
| **HAMMED OLAREWAJU MARBEPHAR** | § | |

**MEMORANDUM ORDER ADOPTING
FINDINGS OF FACT AND RECOMMENDATION
ON REVOCATION OF SUPERVISED RELEASE**

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(I) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of Defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Petition Requesting Revocation of Supervised Release* [Clerk's doc. #58]. The magistrate judge recommended that the Court revoke Defendant's supervised release and impose a term of imprisonment for the revocation, with a new term of supervision to follow.

The Defendant filed objections to Judge Giblin's report, but has since withdrawn his objections. *See Order Granting Unopposed Motion to Withdraw Objection to Report and Recommendation* [Clerk's doc. #61]. Accordingly, after review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation on Petition Requesting Revocation of Supervised Release* [Clerk's doc. #58] of the United States Magistrate Judge are **ADOPTED.** The Court finds that Defendant, Hammed Olarewaju Marbephar, violated conditions of his supervised release. The Court, therefore, **REVOKES** his term of supervision. Pursuant to the magistrate judge's recommendation, the Court **ORDERS** Defendant to serve a term of fifteen (15) months imprisonment for the revocation, with a new four (4) year term of supervised release to follow. The conditions of the new supervision term will be set forth in a separate revocation judgment.

So **ORDERED** and **SIGNED** this **25** day of **March, 2008.**

_____
Ron Clark, United States District Judge